

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00421-CV

_____

ADAM LARGENT, Appellant

V.

CASSIUS CLASSIC CARS & EXOTICS, LLC, Appellee

On Appeal from the 48th District Court
Tarrant County, Texas
Trial Court No. 048-316092-20

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

On February 7, 2025, we notified appellant that the trial court clerk responsible for preparing the record in this appeal had informed us that appellant had not arranged to pay for the clerk's record as the appellate rules require. *See* Tex. R. App. P. 35.3(a)(2). In our notice, we warned that we would dismiss the appeal for want of prosecution unless, within ten days, appellant arranged to pay for the clerk's record and provided this court with proof of payment. *See* Tex. R. App. P. 35.3(c), 37.3(b), 44.3.

Appellant has not provided this court with proof of payment for the record or otherwise responded to our notice. Because appellant has not made payment arrangements for the clerk's record, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: March 13, 2025